WHITE FLEISCHNER & FINO, LLP

140 BROADWAY, NEW YORK, NY 10005
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

October 16, 2007

**VIA ECF**

Honorable Roanne Mann
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Ahava Food Corp. v. Lexington Insurance Company
Docket No.: 07-CV-2650
Our File No.: 104-12151-1CM- JSC/RR
Handling Attorneys: Jonathan S. Chernow and Rebecca Rubin

Dear Judge Mann:

We are counsel to Defendant Lexington Insurance Company ("Lexington") in the above-captioned action. As discussed today with the Court, Lexington is currently evaluating a settlement proposal from Plaintiff's counsel but for logistical reasons will be unable to respond to the proposal until Friday October 19th. Under these circumstances we respectfully request that the time for Lexington to file a response to Plaintiff's letter of October 3, 2007 with respect to Lexington's privilege log be extended from October 18, 2007 to October 22, 2007. Lexington's request is made with the consent of Plaintiff's counsel.

Respectfully yours,

WHITE FLEISCHNER & FINO, LLP

Jonathan S. Chernow (JSC-7339)
jchernow@wff-law.com
JSC/jsc

cc: **VIA ECF ONLY**

Matthew S. Aboulafia
Aboulafia Law Firm, LLC
Attorneys for Plaintiff
60 East 42nd Street - Suite 2231
New York, NY 10165

*Application granted, on consent.*

**SO ORDERED:**
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 10/17/07

A NEW YORK LIMITED LIABILITY PARTNERSHIP

HOLMDEL, NEW JERSEY   WHITE PLAINS, NEW YORK   GARDEN CITY, NEW YORK   LONDON, ENGLAND